NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Keith Edwin Lowery, Jr.,

    Movant/Defendant,

v.

United States of America,

    Respondent/Plaintiff.

No. CV-16-01808-PHX-SRB(FJM)
CR-09-01516-PHX-SRB

**ORDER**

Movant, Keith Edwin Lowery, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on June 8, 2016. The United States filed its response in opposition on August 12, 2016. On September 16, 2016, Movant filed a reply.

The Magistrate Judge filed his original Report and Recommendation on February 1, 2017, recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be granted. On March 8, 2017, this Court referred the matter back to the Magistrate Judge for further briefing and consideration in light of the Supreme Court's decision in *Beckles v. United States*, 137 S.Ct 886 (2017). The Magistrate Judge filed his Amended Report and Recommendation on May 3, 2017, changing his prior recommendation in light of *Beckles*. The Amended Report and Recommendation recommended that the Motion to

Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied. In the Amended Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Amended Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Amended Report and Recommendation have been filed.

The Court finds itself in agreement with the Amended Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Amended Report and Recommendation of the Magistrate Judge as the Order of this Court.

**IT IS FURTHER ORDERED** denying Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to proceed in forma pauperis on appeal because Movant has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 30th day of May, 2017.

Susan R. Bolton
United States District Judge